2009-02724
FILED
November 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002213072

Matthew R. Eason, Esq. (SBN 160148)
Kyle K. Tambornini, Esq. (SBN 160538)
**EASON & TAMBORNINI**
1819 K Street, Suite 200
Sacramento, CA 95814
(916) 438-1819
Facsimile (916) 438-1820

Attorneys for Plaintiffs,

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
#### (Sacramento Division)

| | |
|---|---|
| In Re SENIOR CARE ADVOCATES, INC. (Debtor) | Case No.: 09-37259-C-7 |
| FRANK AIREHART; LUCILLE AIREHART; VICTOR M. ARNOLD; DOLORES J. ARNOLD; PETRA BARREDA; JONATHAN BEALL; WILLIAM D. BORUM; MARY M. BORUM; STAN BOTTING; J. GENE BOURDET; ISABEL BREVARD; BETTY BURT; KENNETH BYRNE; HELEN S. HARDY; JOAN CAMBELL; TONY CAVANAS; MARY ELLEN CAVANAS; OSCAR CHAPA; OLIVA CHAPA; WYNG CHINN; LOUISE CLARK ; MILTON COATE; JOHN E. COLLINS; WILLIAM COURTRIGHT; WAYNE CUTRELL; NORMA CUTRELL; LANA JO CUVA; JAMES DARLING; DOROTHY DARLING; CHARLES ELLINGTON; JAMES ELLIOT; ESTAFANIA M. BRIDEWELL; PETE G. ESTRADA; JOHN B. EVART; THOMAS P. FARRELL; VIRGINIA FEGLEY; GARY G D WIEMER; MELVA GASS; GOLDIE F. PRUSMACK; VICKY GUEVARA; MARGE HAASE; WALDEMAR HACCOU; VALERIE HACCOU; MARILYN HANSEN; WANDA HANSEN; LESTER LEROY; DOROTHY ANN HANSEN; KENNETH HARTMAN; GEORGE HARVEL; MARY HAVEL; IVER HENRICKSON; ZOLA | Adv No.:<br><br>PROOF OF SERVICE OF COMPLAINT TO DETERMINE NON-DISCHARGEABLITY OF DEBT (11 USC 523 & 727) |

1

HENDRICKSON; SHERI HOUSE; STEVE HOUSE; NED HYATT; FRANCES HYATT; IRENE SUESS; KARL JARONE SR.; DOBRES JARONE; REGGIE WEBB; JEAN JOHNSON; JUNE WRAY GEER; JANE JURGES; KAREN ANNE LANE; HELLMUTH LEBHERZ; NORMA LEBHERZ; WILLIAM LIND; JULIA LIND; JACQUELINE ALLEN; LOUIS MOIRANO MARILYN J. LOVEALL; AVELINO LUCERO; JEAN LUCERO; MICHAEL LUCIANI; WANDA LUCIANI; LUCY NOBRIGA; LEROY D. MARVIN; SHIRLEY A. MARVIN; CHERYL MAXWELL; JAMES MAXWELL; NADIA MAXWELL; GERALD MCSWEENEY; MARY MCSWEENEY; GARY MERKEL; SHIRLEY MITCHELL; DORIS MONTGOMERY; RANDALL MOORE; JEANNETTE MOORE; ROBERT L. MOORE; CARRIE J. MOORE; VERNON R. MORDECAI; JUDITH S. MORDECAI; MAEBELLE MOSHER; MARCELLA MURPHY; NANCY NARDONI; LAWRENCE NIER; WALTER OBERHAUS; WALTER OFDENKAMP; JAMES OLIVER; DORALENE OLIVER; RAYMOND B. ORTIZ; VERNICE PRATER; WALTER PRAWICKI; JOE REED; ROBERT RENDON TINA CALHOUN; ROBERT CRAWFORD; TIMM ROLEK; PATRICIA ROLEK; OLIVE M. ROSEWALL; MERCEDES M. RIVERA; RUTH M. KOSEBA; STEPHEN SANTUCCI; RAYMOND T. SCHRAGE; JOYCE L. SCHRAGE; WINONA L. SEVERSON; MARJORIE SHAMGOCHIAN; LOTTE STEURER; FRANCES STEVENSON; JESSIE LUCILLE STORY; NORMAN J. STRONG; DANIELLE L STRONG; ARMIDA TAFOYA; MARGARET L. TELLO; MARY THAYER; MARGARET V. THOMAS; SUYEKO TOYOSHIMA; RANDY TOYOSHIMA; WILLIAM TURNER; DOLORES TURNER; ROBERT VANZELF; MADELINE VANZELF; RICHARD VIDAL; DELIA VIDAL; LYNN WALKER; JEFF WALKER; HENRY L. WATSCHKE; JUANITA. WATTS; JOSEPHINE WENTWORTH; ANN

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | WHIPPLE; FORREST L. WHITE; NORMA WHITE; RICHARD WHITE; WILLIAM R. KUHNY; LAWRENCE WIPPEL; JUDITH WOLFE; WILLIAM YOUNG; KAREN YOUNG<br><br>v.<br><br>SENIOR CARE ADVOCATES, INC. |

I, Alice Harkrider, hereby declare and state that:

I am over the age of eighteen years, employed in the County of Sacramento, California, and not a party to the within action. My business address is 1819 K Street, Suite 200, Sacramento, California.

On November 10, 2009, I served the following:

**COMPLAINT TO DETERMINE NON- DISCHARGEABLITY OF DEBT (11 USC 523 & 727)**

on the parties in said action addressed as follows:

David M. Meegan
11341 Gold Express Dr. #110
Gold River, CA 95670

[X]  (BY MAIL)  I caused such envelopes with postage fully prepaid to be placed in the United States mail at Sacramento, California.

[ ]  (BY FEDERAL EXPRESS)  I caused such envelope(s) to be placed in the Federal Express repository at Sacramento, California.

[ ]  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to the office of the addressee(s)

[ ]  (BY FACSIMILE/TELECOPIER) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents. Thereafter, I caused a true copy to be placed in the United States mail at Sacramento, California, with first-class postage affixed thereto

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

On November 10, 2009, at Sacramento, California.

*Alice Harkrider*
Alice Harkrider